STEPHEN STEIN, CHTD.
STEPHEN STEIN, ESQ.
520 South Fourth Street
Las Vegas, Nevada 89101
702-384-5563
Attorney for Defendant
HUBRECHTSEN

FILED

2005 AUG -3  P 2: 50

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____
    DEPUTY

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> YVONNE HUBRECHTSEN, ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO. CR-F-04-5163 |

### STIPULATION AND ORDER TO CONTINUE HEARING AND ORDER THEREON

It is hereby stipulated by and between the parties that the hearing set for July 18, 2005, shall be continued to August 22, 2005, to allow for additional investigation related to trial preparation, as well as due to the unavailability of counsel.

/ / / /

/ / / /

/ / / /

It is further stipulated time shall be excluded pursuant to 18 U.S.C. 3161 to allow additional time to prepare for trial and the filing of motions.

DATED this __12__ day of __July__, 2005

STEPHEN STEIN, CHTD.  
Counsel for Defendant

By _____  
STEPHEN STEIN, ESQ.  
520 South Fourth Street  
Las Vegas, Nevada 89101

McGREGOR W. SCOTT  
United States Attorney

By _____  
JONATHAN B. CONKLIN, ESQ.  
3654 Federal Building  
1130 "O" Street  
Fresno, California 93721

It is hereby ordered that the hearing currently set for July 18, 2005, be continued to August 22, 2005, to allow additional time for the filing of motions and trial preparation.

It is further ordered that time shall be excluded pursuant to 18 U.S.C. Section 3161.

Dated this __21__ day of __August__, 2005.

_____  
~~ROBERT E. COYLE~~  
Senior United States District Court Judge