```
 1  MCGREGOR W. SCOTT
    United States Attorney
 2  JONATHAN B. CONKLIN
    Assistant U.S. Attorney
 3  3654 Federal Building
    1130 "O" Street
 4  Fresno, California 93721
    Telephone: (559) 498-7272
 5
```



FILED
2005 OCT 17 P 3:31
CLERK, US DIST COURT
E... CALIF
BY _____

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. F. NO. 04-5163 REC |
| ) | |
| Plaintiff, ) | |
| ) | GOVERNMENT'S MOTION TO DISMISS |
| v. ) | AS TO DEFENDANT HUBRECHTSEN |
| ) | ONLY; |
| ) | ORDER THEREON |
| ) | |
| YVONNE HUBRECHTSEN ) | |
| ) | |
| Defendant. ) | |
| ) | |

Counsel for defendant Hubrechtsen last appeared before this court (telephonically) on August 22, 2005. At that hearing, the parties requested this matter be continued to October 17, 2005, to allow pre-trial services to continue to monitor defendant Hubrechtsen's performance on pre-trial release. The government also informed court that, assuming defendant Hubrechtsen continued to satisfy conditions of release with no violation conduct, it intended to dismiss the charges against defendant Hubrechtsen only, on October 17, 2005.

//

//

1

1  The government contacted pre-trial services on October 14,
2  2005.  At that time, the government was informed that defendant
3  Hubrechtsen continued to satisfy all conditions of pre-trial
4  release and that there had been no allegations of criminal
5  misconduct while defendant was on release.  The government,
6  therefore, moves to dismiss the charges as against defendant
7  Hubrechtsen.
8  It should be noted that co-defendant McDaniels has been
9  convicted of the charged offense and sentenced to a 60-month term
10 of imprisonment.

Respectfully submitted,            MCGREGOR W. SCOTT
                                   United States Attorney

DATED: June 5, 2005                By/S/ Jonathan B. Conklin
                                   JONATHAN B. CONKLIN
                                   Assistant U.S. Attorney

2

IT is hereby ordered that the pending charges against defendant Hubrechtsen only, are dismissed in the interests of justice.

DATE: 10-14-05

_____
Oliver W. Wanger
United States District Court Judge

4